No. 97–1315.  STIVENDER v. POWELL.  C. A. 9th Cir.  Certiorari denied.

No. 97–1323.  POLLAK ET AL. v. COURSHON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–1358.  HADJI-ELIAS ET AL. v. LOS ANGELES COUNTY SUPERIOR COURT (SHAHBAZ ET AL., REAL PARTIES IN INTEREST).  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–1359.  GOLIA-PALADIN v. NEVADA STATE BAR.  Sup. Ct. Nev.  Certiorari denied.

No. 97–1360.  SHEPHARD v. POMONA FAIRPLEX ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 97–1392.  KIMBALL v. CLAUSNTIZER ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–1415.  BARRON ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–1428.  GRUBBS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 97–1450.  CARLSON ET UX. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–1465.  SPENCER v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 97–1471.  HASTINGS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–1474.  LEDFORD v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–1493.  JOHN CONLEE ENTERPRISES, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 97–6977.  WALTERS v. MAHONEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 97–7331.  NORIEGA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.